# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

———————

No. 17-30365
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
January 24, 2018

Lyle W. Cayce
Clerk

———————

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

LESLIE KEITH BLOXOM,

Defendant-Appellant

———————————

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:07-CR-50100-1

———————————

Before JOLLY, OWEN, and HAYNES, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Leslie Keith Bloxom has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Bloxom has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-30365

issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

The record, however, shows that the amended judgment incorrectly states that Bloxom was sentenced under the Armed Career Criminal Act, 18 U.S.C. § 924(e), and that the district court did not enter an amended written statement of reasons. We therefore REMAND to the district court for correction of these clerical errors. *See* FED. R. CRIM. P. 36.